IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| CARL DANIELS | : | VIOLATIONS: |
| | | 21 U.S.C. § 846 (conspiracy to distribute |
| | : | methamphetamine – 1 count) |
| | | 21 U.S.C. § 841(a)(1), (b)(1)(C) (possession |
| | : | with intent to distribute methamphetamine – 1 count) |
| | : | 18 U.S.C. § 2 (aiding and abetting) |
| | | Notice of forfeiture |

## INFORMATION

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

From at least as early as on or about October 18, 2021, to on or about January 27, 2022, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

**CARL DANIELS**

conspired and agreed with others known and unknown to the United States, to knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

On or about January 27, 2022, in Philadelphia, in the Eastern District of Pennsylvania, defendant

## CARL DANIELS

knowingly and intentionally possessed with intent to distribute, and aided and abetted the possession with intent to distribute of, methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C), and Title 18, United States Code, Section 2.

## NOTICE OF FORFEITURE

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

    1. As a result of the violation of Title 21, United States Code, Sections 846 and 841(a)(1), set forth in this information, defendant

## CARL DANIELS

shall forfeit to the United States of America:

    (a) any property constituting, or derived from, proceeds obtained, directly or indirectly, from the commission of such violations, including but not limited to $13,154 in United States currency seized on January 27, 2022;

    (b) any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, including but not limited to:

        (i) $13,154 in United States currency seized on January 27, 2022;

        (ii) a black Polymer 9mm handgun with no make, model, or serial number, with magazine, and loaded with live rounds of 9mm ammunition; and

        (iii) one live round of 9mm ammunition.

    2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

_____
**JACQUELINE C. ROMERO**
**United States Attorney**

No. _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

CARL DANIELS

INFORMATION

Counts

21 U.S.C. § 846 (conspiracy to distribute methamphetamine - 1 count)
21 U.S.C. § 841(a)(1), (b)(1)(C) (possession with intent to distribute methamphetamine - 1 count)
18 U.S.C. § 2 (aiding and abetting)
Notice of Forfeiture

A true bill.

_____
Foreman

Filed in open court this _____ day,
Of _____ A.D. 20 \_\_\_\_\_

_____
Clerk

Bail, $ _____